UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL J. GAVIN (#9000116394)

CIVIL ACTION

VERSUS

NO. 11-0639-FJP-CN

LESTER J. GAUTHIER

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED the plaintiff's action shall be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(e).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 27, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47550